**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6458**

———————

WILLIAM J. NEAL, JR.,

        Plaintiff - Appellant,

     v.

DWAYNE DEAN, Investigator, Goldsboro PD; L. D. BETHEA, Investigator, Goldsboro PD; BRYANT CANADY, Investigator, Goldsboro PD; CHRISTOPHER ROGERSON; CHRISTINA MUMMA; C. BRANSON VICKORY, III; J. MICHAEL RICKS; OFFICER ROBERT T. SMITH; DIANE HAMILTON,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:13-ct-03055-FL)

———————

Submitted: August 24, 2015      Decided: September 3, 2015

———————

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William J. Neal, Jr., Appellant Pro Se. Dan M. Hartzog, Jr., CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina; Dal Floyd Wooten, III, WOOTEN & TURIK, Kinston, North Carolina; Burton Craige, PATTERSON HARKAVY LLP, Raleigh, North Carolina; Christine Mumma, Durham, North Carolina; David John Adinolfi, II, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William J. Neal, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Neal v. Dean, No. 5:13-ct-03055-FL (E.D.N.C. Feb. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3